IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Miguel Garcia,<br><br>    Plaintiff,<br><br>vs.<br><br>Joe Arpaio,<br><br>    Defendant, | No. CV-05-2453-PHX-MHM (MEA)<br><br>**ORDER** |

Plaintiff has filed a pro se civil rights complaint under 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Mark E. Aspey who has issued a Report and Recommendation that recommends that the complaint and action should be dismissed without prejudice. (Doc. 7). Plaintiff has not filed written objections to the Report and Recommendation.

**STANDARD OF REVIEW**

The Court must review the legal analysis in the Report and Recommendation de novo. See 28 U.S.C. § 636(b)(1)(C). The Court must review the factual analysis in the Report and Recommendation de novo for those facts to which objections are filed. "Failure to object to a magistrate judge's recommendation waives all objections to the judge's findings of fact." Jones v. Wood, 207 F.3d 557, 562 n.2 (9th Cir. 2000).

**DISCUSSION**

The Magistrate Judge has recommended that the complaint and action should be dismissed without prejudice under Fed.R.Civ.P. 41(b) for failure to prosecute. Docket entries

1  dated January 17 and 18, 2006 show that mail sent to Plaintiff was returned as undeliverable.
2  (Doc. 5 & 6). Plaintiff has failed to keep the Court advised of his current address and has
3  failed to prosecute this case.
4      **Accordingly**,
5      **IT IS ORDERED** adopting the Magistrate Judge's Report and Recommendation (Doc.
6  7) as the Order of the Court.
7      **IT IS FURTHER ORDERED** that the complaint and action are dismissed without
8  prejudice.
9      DATED this 7th day of June, 2006.

_____
Mary H. Murgula
United States District Judge

- 2 -